| | | |
|---|---|---|
| 1 | BINGHAM McCUTCHEN LLP | ROCHE DIAGNOSTICS CORP. |
| | James B. Lewis (SBN 71669) | Brent Harris (admitted *pro hac vice*) |
| 2 | Thomas E. Kuhnle (SBN 178055) | 9115 Hague Road |
| | 1900 University Avenue | Indianapolis, Indiana 46250 |
| 3 | East Palo Alto, California 94303 | Telephone: (317) 845-2000 |
| | Telephone: (650) 849-4400 | |
| 4 | Facsimile: (650) 849-4800 | |

MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
Daniel A. Boehnen (admitted *pro hac vice*)
Grantland G. Drutchas (admitted *pro hac vice*)
300 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 913-0001
Facsimile: (312) 913-0002

Attorneys for Defendant and Counterclaimant
Roche Diagnostics Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFESCAN, INC., a California corporation, | CASE NO. C 04 3653 SI |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER RESETTING THE TIME FOR THE FURTHER CASE MANAGEMENT CONFERENCE** |
| ROCHE DIAGNOSTICS CORPORATION, an Indiana corporation, | |
| Defendant. | Date: March 9, 2007 |
| | Time: tba |
| | Ctrm.: 10, 19th Floor |
| | Before: Hon. Susan Illston |
| AND RELATED ACTIONS | |

/ / /

/ / /

/ / /

STIPULATION AND ORDER RESETTING THE TIME FOR THE FURTHER CASE MANG'T CONF
Case No. C 04-3653 SI

1

PA/52156207.1

Plaintiff and Counterclaim Defendant LifeScan, Inc. ("LifeScan"), and Defendant and Counterclaimant, Roche Diagnostics Corporation ("Roche"), jointly submit this Stipulation and [Proposed] Order Resetting the Time for the Further Case Management Conference. The bases for this submission are as follows:

1. On February 22, 2007, the Court issued a Notice stating that a Further Case Management Conference would occur at 2:30 p.m. on March 9, 2007; and

2. Counsel-of-Record for Roche has a concurrent hearing in a different courtroom that is also scheduled to begin at 2:30 p.m. on March 9, 2007.

Based on these facts, Roche requests, with LifeScan's concurrence, that the Further Case Management Conference set at 2:30 p.m. on March 9, 2007, commence at 2:00 p.m.

Dated: February 26, 2007       QUINN EMANUAEL URQUHART
                               OLIVER & HEDGES, LLP


                               By:      /s/
                                   David Eiseman
                                   Attorneys for Plaintiff and Counterclaim Defendant
                                   LifeScan, Inc.

Dated: February 26, 2007       BINGHAM McCUTCHEN LLP


                               By:      /s/
                                   Thomas E. Kuhnle
                                   Attorneys for Defendant and Counterclaimant
                                   Roche Diagnostics Corporation


IT IS SO ORDERED:

Dated: _____        _____
                               The Honorable Susan Illston
                               United States District Judge

STIPULATION AND ORDER RESETTING THE TIME FOR THE FURTHER CASE MANG'T CONF
Case No. C 04-3653 SI

2

PA/52156207.1

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: February 26, 2007

BINGHAM McCUTCHEN LLP

By: _____/s/_____
    Thomas E. Kuhnle
    Attorneys for Defendant and Counterclaimant
    Roche Diagnostics Corporation