IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESCAN, INC., | No. C 04-03653 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| ROCHE DIAGNOSTICS CORPORATION, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 1, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 31, 2008.

DESIGNATION OF EXPERTS: 2/29/08; REBUTTAL: 3/28/08.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 25, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by June 6, 2008;

   Opp. Due June 20, 2008;  Reply Due June 27, 2008;

   and set for hearing no later than July 11, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 18, 2008 at 3:30 PM.

JURY TRIAL DATE: December 1, 2008 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in private mediation after the Markman hearing. By the end of March 2007, counsel shall inform the Court of the mediator selected.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

CLAIM CONSTRUCTION SCHEDULE: see attached

Dated: 3/13/07

*Susan Illston*

SUSAN ILLSTON

United States District Judge