WOODCOCK WASHBURN LLP
  Dianne B. Elderkin
  Joseph Lucci
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, Pennsylvania 19104
Telephone:   (215) 568-3100
Facsimile:   (215) 568-3439
Email:  elderkin@woodcock.com
         lucci@woodcock.com

QUINN EMANUEL URQUHART
 OLIVER & HEDGES, LLP
  David Eiseman (Cal. Bar No. 114758)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for Plaintiff
LifeScan, Inc.

BINGHAM McCUTCHEN LLP
  James B. Lewis (SBN 71669)
  Thomas E. Kuhnle (SBN 178055)
1900 University Avenue
East Palo Alto, California 94303
Telephone: (650) 849-4400
Facsimile: (650) 849-4800

MCDONNELL BOEHNEN HULBERT &
BERGHOFF LLP
  Daniel A. Boehnen
  Grantland G. Drutchas
300 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 913-0001
Facsimile: (312) 913-0002

ROCHE DIAGNOSTICS CORP.
  Brent Harris
9115 Hague Road
Indianapolis, Indiana 46250
Telephone: (317) 845-2000

Attorneys for Defendant and Counterclaimant
Roche Diagnostics Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFESCAN, INC., a California corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>ROCHE DIAGNOSTICS CORPORATION,<br>an Indiana corporation,<br><br>          Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C 04-3653 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF AMENDED COMPLAINT** |

      Plaintiff and Counterclaim Defendant LifeScan, Inc. ("LifeScan"), and Defendant and Counterclaimant, Roche Diagnostics Corporation ("Roche"), jointly submit this stipulation that LifeScan be granted leave to file an amended complaint substantially in the form of Exhibit A and to entry of said complaint.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | Dated: May 17, 2007 | QUINN EMANUAEL URQUHART OLIVER & HEDGES, LLP |
| 5 | | |
| 6 | | By: /s/ David Eiseman |
| 7 | | David Eiseman Attorneys for Plaintiff and Counterclaim Defendant |
| 8 | | LifeScan, Inc. |
| 9 | Dated: May 17, 2007 | BINGHAM McCUTCHEN LLP |
| 10 | | |
| 11 | | By: /s/ Thomas E. Kuhnle |
| 12 | | Thomas E. Kuhnle Attorneys for Defendant and Counterclaimant |
| 13 | | Roche Diagnostics Corporation |

IT IS SO ORDERED:

Dated: _____

_____
The Honorable Susan Illston
United States District Judge