IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESCAN, INC., a California corporation, | No. C 04-3653 SI |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S UNOPPOSED PARTIAL MOTION FOR SUMMARY JUDGMENT UNDER 35 U.S.C. §§ 307 and 252** |
| v. | |
| ROCHE DIAGNOSTICS CORPORATION, an Indiana corporation, | |
| Defendant. | |

Defendant's motion for partial summary judgment is scheduled for a hearing on June 8, 2007. Plaintiff does not oppose the motion. Pursuant to Civil Local Rule 7-1(b), the Court determines that the matter is appropriate for resolution without oral argument, and VACATES the hearing.

Defendant moves for partial summary judgment under 35 U.S.C. §§ 307 and 252, First Paragraph and Absolute Intervening Rights. Defendant's motion is based on the fact that plaintiff substantively amended the claims of the '420 patent, and a Reexamination Certificate was issued on January 9, 2007. As a result of the substantive amendment and the parties' February 8, 2007 stipulation, plaintiff cannot recover damages on anything made, used, offered for sale, or sold prior to the issuance of the Reexamination Certificate for the patent-in-suit. *See BIC Leisure Prods., Inc. v. Windsurfing Int'l, Inc.*, 1 F.3d 1214, 1222 (Fed. Cir. 1993); *Kaufman Co. v. Lantech Inc.*, 807 F.2d 970, 976 (Fed. Cir. 1986).

Accordingly, based upon the record before the Court, the Court GRANTS the motion as follows:

1. Pursuant to the first paragraph of 35 U.S.C. § 252, LifeScan is precluded plaintiff from enforcing or claiming any past damages against Roche based on U.S. Patent No. 6,417,420 relating to any conduct by Roche prior to January 9, 2007; and

2. Pursuant to the first sentence of the second paragraph of 35 U.S.C. § 252, LifeScan is further precluded from alleging any liability or claiming any past damages against Roche based on U.S. Patent No. 6,417,420 for the continued sale or use of products that were manufactured, used or sold prior to January 9, 2007.

**IT IS SO ORDERED.**  (Docket No. 70).

Dated: June 4, 2007

SUSAN ILLSTON
United States District Judge