| | |
|---|---|
| WOODCOCK WASHBURN LLP<br>  Dianne B. Elderkin<br>  Joseph Lucci<br>Cira Centre, 12th Floor<br>2929 Arch Street<br>Philadelphia, Pennsylvania 19104<br>Telephone:   (215) 568-3100<br>Facsimile:   (215) 568-3439<br>Email:  elderkin@woodcock.com<br>         lucci@woodcock.com<br><br>QUINN EMANUEL URQUHART<br> OLIVER & HEDGES, LLP<br>  David Eiseman (Cal. Bar No. 114758)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:   (415) 875-6600<br>Facsimile:   (415) 875-6700<br><br>Attorneys for Plaintiff<br>LifeScan, Inc. | BINGHAM McCUTCHEN LLP<br>  James B. Lewis (SBN 71669)<br>  Thomas E. Kuhnle (SBN 178055)<br>1900 University Avenue<br>East Palo Alto, California 94303<br>Telephone: (650) 849-4400<br>Facsimile: (650) 849-4800<br><br>McDONNELL BOEHNEN HULBERT &<br>BERGHOFF LLP<br>  Daniel A. Boehnen<br>  Grantland G. Drutchas<br>300 S. Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 913-0001<br>Facsimile: (312) 913-0002<br><br>ROCHE DIAGNOSTICS CORP.<br>  Brent Harris<br>9115 Hague Road<br>Indianapolis, Indiana 46250<br>Telephone: (317) 845-2000<br><br>Attorneys for Defendant<br>Roche Diagnostics Corporation |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFESCAN, INC., a California corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>ROCHE DIAGNOSTICS CORPORATION,<br>an Indiana corporation,<br><br>                Defendant. | CASE NO. C 04-3653 SI<br><br>**[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM**<br><br>Trial Date: December 1, 2008<br>Court: The Honorable Susan Illston |

**IT IS HEREBY ORDERED**:

1. For use at the technology tutorial on September 5, 2007 and the claim construction hearing on September 6, 2007, Plaintiff LifeScan, Inc. and its attorneys, paralegals, assistants and trial consultants ("LifeScan") and Defendant Roche Diagnostics Corporation and its attorneys, paralegals, assistants and trial consultants ("Roche") may bring the following equipment into Judge Breyer's courtroom:

    (a) a projector;

    (b) a projector screen;

    (c) laptops; and

    (d) miscellaneous cables, power cords, and peripheral equipment.

2. Beginning at 9:00 a.m. on September 5, 2007, LifeScan and Roche may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed with the hearing as scheduled.

Dated: September ___, 2007

_____
The Honorable Susan Illston
United States District Court Judge

[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM
CASE NO. C 04-3653 SI