David Eiseman (State Bar No. 114758)
**QUINN EMANUEL URQUHART**
**OLIVER & HEDGES, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Dianne B. Elderkin (*Pro Hac Vice*)
Joseph Lucci (*Pro Hac Vice*)
**WOODCOCK WASHBURN LLP**
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, Pennsylvania 19104
Telephone: (215) 568-3100
Facsimile: (215) 568-3439

*Attorneys for Plaintiff*
LifeScan, Inc.

James B. Lewis (State Bar No. 71669)
Thomas Kuhnle (State Bar No. 178055)
**BINGHAM McCUTCHEN LLP**
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 849-4852
Facsimile: (650) 849-4800

Daniel A. Boehnen (*Pro Hac Vice*)
Grantland G. Drutchas (*Pro Hac Vice*)
Joshua R. Rich (*Pro Hac Vice*)
**MCDONNELL BOEHNEN HULBERT**
**& BERGHOFF LLP**
300 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 913-0001
Facsimile: (312) 913-0002

*Of Counsel*
Brent Harris
**ROCHE DIAGNOSTICS CORPORATION**
9115 Hague Road
Indianapolis, Indiana 46250

*Attorneys for Defendant*
Roche Diagnostics Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFESCAN, INC., a California corporation | CASE NO. C-04-3653 SI |
| Plaintiff, | **STIPULATED ORDER OF DISMISSAL** |
| v. | |
| ROCHE DIAGNOSTICS CORPORATION, an Indiana corporation, | |
| Defendant. | |

1    Pursuant to agreement of the parties and Rule 41(a) of the Federal Rules of Civil Procedure,

2  the Court hereby orders that this action be dismissed, including all claims and counterclaims, and

3  that each party shall bear its own expenses, costs, and fees.

4

5

6  SO ORDERED:

7

8  Date:_____    _____

9                             The Honorable Susan Illston
                               United States District Judge

10

11

12

13  STIPULATED BY THE PARTIES EFFECTIVE FRIDAY OCTOBER 26, 2007:

14

15  Respectfully submitted,              Respectfully submitted,

16

17  _____             _____
         David Eiseman                        Thomas E. Kuhnle
18  Attorneys for Plaintiff              Attorneys for Defendant
    LifeScan, Inc.                       Roche Diagnostics Corporation

19

20

21

22

23

24

25

26